RECEIVED
IN LAFAYETTE, LA.
JUL 2 4 2014
TONY R. MOORE, CLERK
BY_____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| HOLLY LELEUX-THUBRON | CIVIL ACTION NO. 6:13CV852 |
| VERSUS | JUDGE DOHERTY |
| IBERIA PARISH GOVERNMENT, ET AL. | MAGISTRATE JUDGE HILL |

## JUDGMENT

Considering the foregoing Ruling,

IT IS HEREBY ORDERED that defendants' motion to dismiss [Doc. 30] is GRANTED IN PART and DENIED IN PART. All federal law claims against the Council Members in their individual and official capacities are dismissed, with the exception of plaintiff's claim against the Council Members in their individual capacities for the violation of her Fourteenth Amendment right to procedural due process, which shall remain pending; plaintiff's Fourth Amendment, Fourteenth Amendment equal protection, First Amendment, § 1983 conspiracy and § 1985(3) conspiracy claims are dismissed; plaintiff's Fourteenth Amendment procedural due process and state law claims asserted against the Iberia Parish Government and the Iberia Parish Council shall remain pending.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this 24 day of July, 2014.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE